UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY GREEN,

       Petitioner,                            Case Number: 05-CV-72613
                                                    Honorable George Caram Steeh

v.

BLAINE LAFLER,

       Respondent.
_____/

## **JUDGMENT**

      **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated April 5, 2007, this cause of action is **DISMISSED WITH PREJUDICE**.

      Dated at Detroit, Michigan this 5th day of April, 2007.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                          BY: s/Josephine Chaffee
                                                DEPUTY COURT CLERK